Joseph BLACKBURN, Sr., Plaintiff—Appellant,

v.

HOECHST MARION ROUSSEL, IN-CORPORATED; Lederle, Incorporated, Defendants—Appellees.

No. 05–2030.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 15, 2005.

Decided Dec. 20, 2005.

Joseph Blackburn, Sr., Appellant Pro Se. Tamela Jane White, Craig A. Komorowski, Farrell, Farrell & Farrell, L.C., Huntington, West Virginia; Jeff Chandler Woods, Jackson Kelly, P.L.L.C., Charleston, West Virginia, for Appellees.

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph Blackburn, Sr., appeals a district court judgment dismissing his complaint as barred by the statute of limitations. We have reviewed the record and the district court's order and affirm for the reasons cited by the district court. *See Blackburn v. Hoechst Marion Roussel, Inc.*, No. CA–04–65–2 (N.D.W.Va. Aug. 24, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*